**SEALED**

| | |
|---|---|
| In re Criminal Complaint, Search Warrant, and Arrest Warrants<br><br>[sealed] | Misc. no. **FILED** JUN 7 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>DEPUTY CLERK<br><br>SEALING ORDER<br><br>2:07-SW-0173 KJM |

The Court hereby orders that the Criminal Complaint, Arrest Warrant, Search Warrant, and Affidavit in Support thereof, as well as this Application for Sealing Order, Declaration in Support thereof, and Order in the above-referenced case, shall be sealed until further order of the Court.

DATED: 6/7, 2007

HONORABLE KIMBERLY J. MUELLER
U.S. Magistrate Judge

4