```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ ROBIN R. TAYLOR
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2722
```





FILED

JUN 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re Criminal Complaint, Search Warrant, and Arrest Warrants, [sealed] | 2:07-SW-0173 KJM<br><br>MOTION TO UNSEAL THE SEARCH WARRANT AND ORDER |
|---|---|

The United States hereby moves to unseal the Search Warrant and Affidavit in Support thereof in the above-captioned matter. On June 7, 2007, the documents were sealed by this Court. The order specifically states that the documents would remain sealed until further order of the Court. Defendants Asif Khan and Sabreena Khan, aka Sabrina Khan, have been arrested. Therefore, the United States moves to have the documents unsealed.

DATED: June 12, 2007                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                By:     /s/ Robin R. Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney

## ORDER

Having reviewed the motion of the United States, and good cause appearing therefore, the Court hereby orders that the Search Warrant and Affidavit in Support thereof in the above-captioned matter, be unsealed.

IT IS SO ORDERED.

DATED: June 21, 2007

HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge